IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER W. NDAULA,       Plaintiff | : : : | |
| | : | No. 1:20-cv-1160 |
| v. | : : | |
| | : | (Judge Rambo) |
| CLINTON COUNTY CORRECTIONAL FACILITY, *et al.*,       Defendants | : : : : : | |

# ORDER

**AND NOW**, on this 30th day of December 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The motion to dismiss (Doc. No. 19) filed by Defendants Clinton County, CCCF, Hoover, and Kormanic is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. The motion (Doc. No. 19) is **GRANTED** with respect to Plaintiff's § 1983 claims against these Defendants;

    b. The motion (Doc. No. 19) is **DENIED** with respect to Plaintiff's ADA claim against Defendants Clinton County and CCCF;

2. The motion to dismiss (Doc. No. 23) filed by Defendants Well Path Care and Bainey is **GRANTED** in its entirety;

3. Because the Court has resolved Plaintiff's claims against them, and because Plaintiff is not given leave to file a second amended complaint, Defendants Hoover, Kormanic, Bainey, and Well Path Care are **DISMISSED**, and the Clerk of Court is **DIRECTED** to terminate them as Defendants in this action;

4. The above-captioned case will proceed as to Plaintiff's ADA claim against Defendants Clinton County and CCCF;

5. Defendants Clinton County and CCCF are directed to file an answer to the amended complaint (Doc. No. 13) within fourteen (14) days of the date of this Order; and

6. The parties are directed to complete discovery within six (6) months of the date on which Defendants Clinton County and CCCF file their answer.

s/ Sylvia H. Rambo
United States District Judge
