IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER W. NDAULA, : | |
|    Plaintiff : | |
| : | No. 1:20-cv-1160 |
| v. : | |
| : | (Judge Rambo) |
| CLINTON COUNTY : | |
| CORRECTIONAL : | |
| FACILITY, *et al.*, : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 17th day of February 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration (Doc. No. 28) is **DENIED**;

2. Plaintiff's motion for an extension of time (Doc. No. 32) to file a reply brief is **DENIED AS MOOT**; and

3. Plaintiff and Defendants CCCF and Clinton County are directed to complete discovery by July 5, 2021.

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge