UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**ALEXANDER W. NDAULA,**           :

    **Plaintiff**           :   CIVIL ACTION NO. 1:20-1160

    v.           :   (JUDGE MANNION)

**CLINTON COUNTY**           :
**CORRECTIONAL FACILITY and**
**CLINTON COUNTY,**           :

    **Defendants**           :

# ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's motion for reconsideration, (Doc. 52 at 1-7), Plaintiff's motion for extension of time, (Doc. 52 at 8-10), and Defendants' motion to dismiss for lack of prosecution, (Doc. 49), are **DENIED**;

**(2)** Defendants' motion for continuance of jury selection and trial, (Doc. 55), is **GRANTED**; and

**(3)** The Final Pre-Trial conference will be **continued until September 8, 2022 at 10:00 a.m.** in Courtroom #3 of the William J. Nealon United States Courthouse, 235 North Washington Avenue, Scranton PA.

**(4)** Jury selection and trial are **continued until October 11, 2022 at 9:30 a.m.** at the location listed above.

**(5)** As Plaintiff has not yet filed a Pre-Trial Memorandum, it is further **ORDERED** that the Plaintiff shall file a Pre-Trial Memorandum in accordance with Middle District Local Rule 16.6 on or before September 1, 2022.

**(6)** Plaintiff is forewarned that any further failure to appear and/or non-compliance with court orders may result in dismissal of this action, without further notice.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 28, 2022**
20-1160-01-ORDER